JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>    Plaintiff,<br><br>v.<br><br>The Sunshine Group, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 8:14-CV-00443-DOC-AN<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1)**<br>**[13]** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 30, 2014

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE